UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PAUL N. ROSS,

                             Petitioner,

    v.                                          08-CV-0731

JAMES CONWAY, Superintendent,
Attica Correctional Facility,

                             Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

### DECISION and ORDER

       This matter brought pursuant to 28 U.S.C. § 2254 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

       No objections to the December 6, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the petition. Any request for a Certificate of Appealability is DENIED.

       IT IS SO ORDERED.

Dated: February 7, 2011

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge